IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Reed M. Mesman, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

**1.** I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 6, 2019. I am currently assigned to the Minneapolis Division, Minot Resident Agency. My duties include, among other things, the investigation of violent crimes occurring within Indian country, specifically the Turtle Mountain Indian Reservation (TMIR) and the Fort Berthold Indian Reservation (FBIR). While employed with the FBI, I have investigated and participated in numerous investigations involving federal criminal violations related to homicide, manslaughter, vehicular accidents, violent assault, child sexual exploitation, sexual assault, domestic abuse, human trafficking, money laundering, narcotics possession and distribution, and other federal crimes.

**2.** Prior to being employed as a Special Agent with the FBI, I was the Chief Deputy of the Valley County Sheriff's Office in Glasgow, Montana from 2006-2015. During that time, I investigated felony and misdemeanor violations of Montana Code Annotated including domestic abuse, assault, rape, homicide, and narcotics. While working as Chief Deputy, I was also an Agent with the Tri-Agency Task Force (TATF). As an Agent with the TATF, I investigated narcotics trafficking, possession, manufacturing, and distribution covering law enforcement jurisdictions over three counties and several municipalities. From 2015 -2019, I was employed by the Montana Division of Criminal Investigation (DCI), Narcotics Bureau, in Sidney, Montana. During my employment with DCI, I conducted felony investigations of narcotics violations involving major drug distribution networks and traffickers mainly in eastern Montana,

but also across the State of Montana and in western North Dakota. These investigations involved working in an undercover capacity. While an Agent for DCI, I was also a sworn FBI Task Force Officer (TFO). As an FBI TFO, I conducted multiple drug investigations that resulted in numerous federal indictments and sentencings.

3. I make this affidavit in support of a criminal complaint charging Rigoberto Mendez Morales, ("**MENDEZ**"), DOB XX/XX/1967, with violations of Title 18, United States Code, Sections 1111 (Second Degree Murder) and 1152 (Laws Governing Offenses Committed within Indian country) ("**SUBJECT OFFENSE**").

4. Title 18, United States Code, Section 1111, states murder is the unlawful killing of a human being with malice aforethought.

5. Title 18, United States Code, Section 1152, (Laws Governing Offenses Committed within Indian Country), provides federal jurisdiction over a non-Indian who commits a number of offenses against an Indian person in Indian country. *See also* Title 18, United States Code, 1151. The enumerated offenses include murder.[1]

6. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe the **SUBJECT OFFENSE** has been committed by **MENDEZ**.

7. The statements contained in this Affidavit are based, in part, on: information provided by other law enforcement agencies; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; interviews of witnesses, information gathered from the results of physical and electronic surveillance

---

[1] In previously submitted search warrants in this case, I identified Title 18, United States Code, Section 1153 instead of Title 18, United States Code, Section 1152. Section 1152 is the appropriate statute because B.T.M. is an enrolled member of a federally recognized tribe but MENDEZ is not.

conducted by myself and/or other law enforcement agents; independent investigation; and my experience, training and background as a Special Agent with the FBI.

8. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to show **MENDEZ** committed the **SUBJECT OFFENSE**.

### FACTS ESTABLISHING PROBABLE CAUSE

9. On or about January 10, 2026, at approximately 6:07 a.m., Rolette County Sheriff's Office received a 911 call stating there was a dead person at the Sky Dancer Casino & Resort in Belcourt, North Dakota... The caller, later identified as **MENDEZ,** indicated he woke up and the person, a female, was dead. Law enforcement officers responded, entered the room and observed **MENDEZ** sitting on the bed. A female, later identified as **B.T.M.**, was located on the floor.

10. **MENDEZ** appeared to have blood on his clothing and face. **MENDEZ** also appeared to have an injury to his right eye that was swollen and bleeding. Law enforcement detained **MENDEZ.**

11. **B.T.M.** was not responding and covered in blood. Law enforcement checked on **B.T.M.** but was unable to detect a pulse and noted that she was cool to the touch. It appeared **B.T.M.** had been stabbed several times.

12. Security cameras at Sky Dancer Casino & Resort show the hallway outside of the room. After reviewing footage, law enforcement determined **MENDEZ** and **B.T.M.** were the only two individuals who entered the room from the morning hours of January 10, 2026, until hotel security and law enforcement arrived.

13. When law enforcement detained **MENDEZ,** they found he was in possession of a multi-tool (a Leatherman-type tool) which was covered in what appeared to be blood. The FBI later collected the Leatherman multi-tool as evidence pursuant to a search warrant. A substance that appeared to be blood was observed on the knife blade of the Leatherman as well as what appeared to be long black human hairs which law enforcement observed to be consistent with **B.T.M.**

14. On or about January 10, 2026, **MENDEZ** was interviewed by the FBI. **MENDEZ** recalled gambling at the Sky Dancer. **MENDEZ** stated he consumed three (3) wine alcoholic drinks while gambling. **MENDEZ** did not recall returning to his room. **MENDEZ** could not recall why he had blood on his pants, shirt, and multi-tool and denied touching **B.T.M.** when he saw she was on the floor and covered in blood. **MENDEZ** stated he woke up on his bed and saw **B.T.M.** was not moving.

15. I obtained enrollment records from the Three Affiliated Tribes and learned **B.T.M.** is an enrolled member of the Three Affiliated Tribes of the Fort Berthold Indian Reservation.

16. Based upon my training and experience, I know Sky Dancer Casino & Resort is located within the boundaries of the Turtle Mountain Indian Reservation.

**CONCLUSION**

17. Based on the information detailed above, I respectfully submit there is probable cause to charge **MENDEZ** with the **SUBJECT OFFENSE** as articulated in **Attachment A** to this Affidavit.

_____
REED M. MESMAN
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me on the 14th day of January, 2026, by reliable electronic means.

_____
ALICE R. SENECHAL
UNITED STATE MAGISTRATE JUDGE